AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID GAY, JR.<br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 3:23-mj-00018 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 14, 2023 in the county of Madison in the Western District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2242(1) | Sexual Abuse by Threat |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Received by reliable electronic means and sworn and attested to by telephone.

s/Mary Echols, Special Agent
*Complainant's signature*

Mary Echols, Special Agent, FBI
*Printed name and title*

Date: 6/28/23

*Judge's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*